B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Western District of Michigan (Grand Rapids)

In re <u>Teri Colbert</u>,   Case No. <u>16-01521</u>

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| <u>Bill Me Later, Inc., as Servicer for Synchrony Bank</u><br>Name of Transferee | <u>Comenity Capital Bank</u><br>Name of Transferor |
|---|---|
| Name and Address where notices to transferee should be sent:<br>SYNCHRONY BANK<br>c/o Weinstein & Riley, P.S.<br>2001 Western Ave, Ste 400<br>Seattle, WA 98121<br>Phone: <u>(877) 332-3543</u><br>Last Four Digits of Acct #: <u>5723</u> | Court Claim # (if known): <u>9</u><br>Amount of Claim: <u>$580.92</u><br>Date Claim Filed: <u>July 12, 2016</u><br><br>Phone: <br>Last Four Digits of Acct. #: <u>5723</u> |

Name and Address where transferee payments should be sent (if different from above):
   SYNCHRONY BANK
   c/o Weinstein & Riley, PS
   PO Box 3978
   Seattle, WA 98124-3978
Phone: <u>877-332-3543</u>
Last Four Digits of Acct #: <u>5723</u>

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: <u>/s/Thomas Young, Supervisor</u>   Date: <u>February 21, 2019</u>
      Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## CERTIFICATE OF SERVICE

      I hereby certify, under penalty of perjury pursuant to 28 U.S.C. Sec. 1746, that a true and correct copy of the Transfer of Claim Other Than for Security was served on the following parties by electronic service via the Court's ECF filing system or by first-class mail on February 21, 2019:

| Trustee via E-Filing | Debtors' Counsel via E-Filing |
|---|---|
| BARBARA P FOLEY | JEFFREY D MAPES |
| ecf@chpt13.com | jeff@mapesdebt.com |

                                                /s/ Thomas Young, Supervisor
                                                Thomas Young, Supervisor