Form DEFECF (10/09)

**United States Bankruptcy Court**
**Western District of Michigan**
One Division Ave., N.
Room 200
Grand Rapids, MI 49503

| | |
|---|---|
| **IN RE:** Debtor (name used by the debtor in the last 8 years, including married, maiden, trade, and address):<br><br>**Teri Michelle Colbert**<br>1230 Theodore St<br>Lansing, MI 48915<br>SSN: xxx–xx–7469<br><br>**Debtor** | **Case Number 16–01521–jtg**<br><br>**Chapter 13**<br><br>**Honorable John T. Gregg** |

## NOTICE OF DEFECTIVE ENTRY OR FILING

NOTICE IS HEREBY GIVEN that document #: 46 is defective for the following reasons:

☐ Incomplete PDF Document attached to the entry.
☐ Entered in the wrong case.
☐ PDF document is not legible.
☐ Incorrect Form Submitted (Official forms are located on the Court's website at: www.miwb.uscourts.gov)
☑ Please note that the Notice & Opportunity incorrectly lists Marquette as an option to send mailings. Pursuant to Administrative Order 2019–7, all bankruptcy filings and payments for cases with venue in the Upper Peninsula must be mailed to the Bankruptcy Court in Grand Rapids, MI.

NOTICE IS FURTHER GIVEN that the following action must be taken:
☑ Document needs to be re–filed.
☐

If you have any questions, please contact the ECF HelpDesk by emailing ecfhelpdeskmiwb@miwb.uscourts.gov or by calling (616) 456–2693.

Michelle M. Wilson
Clerk of Court

**Dated:** August 26, 2021